taining the number of voters.   The selectmen stated the whole number of votes to be 368 (although it was certain that not nearly so great a number of persons was present), and that 93 made a choice.   From a copy of the record of the proceedings at the town-meeting, it appeared that Jairus Ware had 130 votes, Jacob Mann, 124, George Hawes, 104, and that there were 10 scattering votes.

The committee reported that they were of opinion, upon these facts, that the election was void.

The report was made at the June session,[1] and from thence referred to the January session, at which it was debated and agreed to.[2]

---

### HOPE.

It is no objection to the validity of an election, that a moderator was chosen and presided therein, instead of the selectmen.

THE election of Firgus M'Lain, returned a member from the town of Hope, was controverted by Cheever Kendall and others, on the following ground, stated in their memorial, and proved by depositions accompanying it :[3]—

That the first article, in the warrant for the meeting of said town to elect a representative, was to choose a moderator; that one was chosen accordingly, who presided in the meeting instead of the selectmen; called for, received, and counted the votes; and publicly declared in the meeting, that they had chosen Firgus M'Lain their representative.

The committee on elections made a report in favor of the election, which was agreed to.[4]

---

[1] 30 J. H. 62.      [2] Same, 184.      [3] Same, 10, 123.

[4] Same, 280.  In consequence of the remarks, made upon the report of this case, by the committee on elections, in the case of *Dan Hill*, 1847, the papers and records from which the same was compiled have been again examined; but nothing has been discovered tending to throw any doubt upon the statements contained in the report. No other ground of objection to the election is stated in the memorial, or testified to, than that a moderator was chosen, who presided at the election, instead of the selectmen.  The depositions, though taken apparently without notice to the member, were such as had been commonly introduced in evidence in election cases, and were

FREETOWN.

Where two members were chosen in a town, which, from a certificate of the assessors thereof, *as to the number of persons actually taxed therein*, did not appear to contain ratable polls enough to entitle it to two members, and one member only was returned;—he was allowed to retain his seat.

THE election of the two members chosen in Freetown, was controverted,[1] on the ground, that the town did not contain a sufficient number of ratable polls to entitle it to send two representatives; and, by an affidavit of the assessors, it appeared, that the number of polls actually taxed therein, in the year 1808, was two hundred and ninety-nine.

At the June session, the committee on elections reported[2] a reference of the subject to the next session, which was agreed to, and towards the close of that session they again reported, that there was but one member returned from the town of Freetown, and, inasmuch as no evidence had been produced to show that the town did not contain a sufficient number of ratable polls to entitle it to send two members, it was unnecessary to act further on the subject. The report was agreed to.[3]

referred, with the other papers in the case, to the committee. The return of the election was in the form required by law, and was signed by the selectmen. The report was, "That the town of Hope is entitled to send a representative, and therefore that Firgus M'Lain is entitled to his seat;" and though apparently not responsive to the allegation of the memorial, was nevertheless a substantial confirmation of the validity of the election.

The committee, having included in the same report several cases, in which the question depended upon the number of ratable polls, may have inadvertently referred to the case of Hope, as one of them; or as the town was incorporated in June, 1804, with "all the powers, privileges, rights, and immunities" of towns; but did not send a representative until this year; this fact may perhaps have occasioned the statement in the report that the town of Hope was entitled to send a representative.

[1] 30 J. H. 40.   [2] Same, 123.   [3] Same, 286.